## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

DAVID A. KING,                          )
        Plaintiff,                    )
                                        )
v.                                      )          **JUDGMENT**
                                        )
                                        )          No. 5:19-CV-13-FL
TIMBER RIDGE TRADING &                  )
MANUFACTURING COMPANY,                  )
        Defendant.                    )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 23, 2019, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED. Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on September 23, 2019, and Copies To:**
Christopher James Skinner (via CM/ECF Notice of Electronic Filing)
Robin A. Seelback (via CM/ECF Notice of Electronic Filing)
David A. King (via U.S. Mail)

September 23, 2019                    PETER A. MOORE, JR., CLERK

                                    _/s/ Susan W. Tripp_
                                  (By) Susan W. Tripp, Deputy Clerk